**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-23346-CIV-ALTONAGA/Reid**

**D. PORTHAULT USA LLC**, *et al.*,

Plaintiffs,

v.

**ARLETTIE PARIS S.A.S.**; *et al.*,

Defendants.
____________________________________/

**ORDER**

**THIS CAUSE** came before the Court on the parties' Joint Motion to Transfer . . . [ECF No. 85], filed on December 19, 2025. Earlier on December 19, 2025, Plaintiffs, D. Porthault USA LLC, D. Porthault Design Holdings LLC, Porthault Holdings LLC, and Bernard Carl filed a Notice of Voluntary Partial Dismissal . . . ("Notice") [ECF No. 84], voluntarily dismissing with prejudice the claims asserted in the Complaint [ECF No. 1] against Defendants, Arlettie Paris S.A.S., Arlettie S.A.S., D. Porthault Paris Ltd., Descamps S.A.S., Astrance Capital S.A., and Joel David Beillouche; while retaining their claims against Defendants, D. Porthault S.A.S. and Astrance Capital S.A.S. (*See* Notice 1–2).[1, 2] In the Motion, the remaining parties consent to transfer of this action to the U.S. District Court for the Southern District of New York. (*See* Mot. 3). As the parties agree that transfer is appropriate, and in the interest of justice and efficiency, the Court finds that transfer is warranted under 28 U.S.C. section 1404(a).

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

[2] Plaintiffs clarify that their voluntary dismissal "is without prejudice to Plaintiffs asserting claims that are the same or the foreign-law equivalents as to those currently asserted in the Complaint against the Dismissed Defendants *in forums outside of the United States*." (Notice 2 (emphasis added)).

Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Joint Motion to Transfer . . . **[ECF No. 85]** is **GRANTED**. The Clerk is instructed to transfer this case to the U.S. District Court for the Southern District of New York and mark this case as **CLOSED** in this District.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of December, 2025.

Cecilia M. Altonaga

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record