UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

D. PORTHAULT USA LLC et al.,

Plaintiffs,

-v-

ARLETTIE PARIS S.A.S. et al.,

Defendants.

---------------------------------------------------------------------X

25-CV-10795 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On July 22, 2026, counsel for Plaintiffs, Winston Taylor LLP, filed a motion to withdraw as Plaintiffs' counsel. *See* ECF No. 117. By **July 28, 2026**, Plaintiffs' counsel shall serve (1) the motion and any supporting documents and (2) a copy of this Order on its clients, and by **July 29, 2026**, file proof of such service on the docket. *See* S.D.N.Y. Local Rule 1.4.

Any opposition to the motion to withdraw shall be filed by **July 31, 2026**; any reply shall be filed by **August 5, 2026**. Unless and until the Court grants the motion, Winston Taylor LLP remains counsel of record, and discovery shall proceed as scheduled. Given that an entity may not appear in federal court except through counsel, Plaintiffs should begin seeking new counsel to appear in the event that the motion to withdraw is granted; if the motion is granted, and Plaintiffs fail to obtain new counsel in a timely fashion, the case may be dismissed for failure to prosecute. If or when Plaintiffs secure new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion is granted.

SO ORDERED.

Dated: July 24, 2026
New York, New York

JESSE M. FURMAN
United States District Judge