UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

D. PORTHAULT USA LLC et al.,

Plaintiffs,

-v-

ARLETTIE PARIS S.A.S. et al.,

Defendants.

---------------------------------------------------------------------X

25-CV-10795 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's July 20, 2026 Order, ECF No. 115, Defendants Astrance Capital S.A.S. and D. Porthault S.A.S. were required to file an answer no later than **August 5, 2026.** To date, no Defendants have filed an answer. As a courtesy, the deadline for all Defendants to answer is hereby EXTENDED, *nunc pro tunc*, to **August 17, 2026**. Failure to file an answer by that deadline may result in default.

SO ORDERED.

Dated: August 7, 2026
New York, New York

JESSE M. FURMAN
United States District Judge