UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D. PORTHAULT USA LLC et al.,

Plaintiffs,

-v-

ARLETTIE PARIS S.A.S. et al.,

Defendants.

25-CV-10795 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's August 3, 2026 Order, ECF No. 122, the corporate Plaintiffs were required to appear by new counsel no later than August 24, 2026. To date, corporate Plaintiffs have not appeared by new counsel. As a courtesy, the deadline is hereby EXTENDED, *nunc pro tunc*, to **September 2, 2026**. Corporate plaintiffs were previously warned that failure to meet the deadline might result in their claims being dismissed for failure to prosecute without further notice to the parties. *See* ECF No. 122. They are now warned that failure to appear by new counsel by September 2, 2026 *will* result in their claims being dismissed for failure to prosecute and/or as abandoned.

Separately, no later than August 24, 2026, counsel was required to appear on behalf of individual Plaintiff Bernard Carl or he was required to file a letter indicating his intention to proceed with this matter. To date, counsel has not appeared on Plaintiff Bernard Carl's behalf and he has not filed a letter indicating his intention to proceed with this matter. As a courtesy, the deadline is hereby EXTENDED, *nunc pro tunc*, to **September 2, 2026**. Plaintiff Bernard Carl was previously warned that failure to meet the deadlines might result in his claims being dismissed for failure to prosecute without further notice to the parties. *See* ECF No. 122. He is now warned that failure to appear by new counsel by September 2, 2026 *will* result in his claims being dismissed for failure to prosecute and/or as abandoned.

SO ORDERED.

Dated: August 25, 2026
New York, New York

JESSE M. FURMAN
United States District Judge