UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| D. PORTHAULT USA LLC et al., Plaintiffs, -v- ARLETTIE PARIS S.A.S. et al., Defendants. | : | 25-CV-10795 (JMF) <br> <u>SCHEDULING ORDER ON MOTION TO WITHDRAW</u> |

JESSE M. FURMAN, United States District Judge:

On November 10, 2026, the law firm of Pitcoff Law Group, P.C. ("PLG") moved for leave of this Court to withdraw as counsel of record for Defendants D. Porthault SAS and Astrance Capital SAS. *See* ECF No. 151. It is hereby ORDERED that, no later than **November 19, 2026**, PLG shall file — ex parte and under seal — a declaration setting forth in further detail the grounds for withdrawal, including the reasons for the breakdown in the attorney-client relationship referenced in the Affidavit Declaration of Attorney John Werner. *See id.* ¶ 3. PLG shall serve a copy of that declaration on Defendants **within 24 hours of filing it on ECF** and shall also file proof of service on the docket.

It is further ORDERED that any opposition to PLG's motion — whether by Defendants or any other party — shall be filed by **November 24, 2026**. Any reply shall be filed by **December 1, 2026.**

No later than **November 16, 2026,** PLG shall serve a copy of all motion papers **and** this Order on Defendants D. Porthault SAS and Astrance Capital SAS and file proof of such service on the docket.

In light of the foregoing briefing on PLG's motion to withdraw, all deadlines in this case are extended by thirty days, as follows:

- Initial disclosures: **December 16, 2026**
- Defendants' response to the second amended complaint: **December 23, 2026**
- Initial requests for production, interrogatories, and any motion to amend or join parties: **January 4, 2027**
- Privilege logs: **March 8, 2027**
- Close of fact discovery: **April 1, 2027**
- Close of expert discovery: **May 17, 2027**

Additionally, the pretrial conference scheduled for March 10, 2027, is ADJOURNED to **April 15, 2027, at 3:00 p.m.**

Given that an entity may not appear in federal court except through counsel, Defendants should begin seeking new counsel to appear in the event that the motion to withdraw is granted. If or when Defendants secure new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion is granted.

Lastly, it appears that the docket lists several attorneys who are no longer representing Defendants but who have not been terminated — namely, Jennifer E. Fischell and Lauren M. Sexton of MoloLamken LLP. The Clerk of Court is directed to update the docket to terminate all attorneys for Defendants *except* Attorney John Werner of Pitcoff Law Group, P.C., who shall remain counsel of record unless and until the Court grants PLG's pending motion to withdraw.

SO ORDERED.

Dated: November 13, 2026
New York, New York

JESSE M. FURMAN
United States District Judge